FILED by VT D.C.
ELECTRONIC

November 7, 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **08-CV-61794-Zloch-Snow**

RONNA LEE CORRIVEAU,

    Plaintiff,

vs.

STARBUCKS COFFEE COMPANY,
a foreign corporation,

    Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff, RONNA LEE CORRIVEAU (hereinafter referred to as "Corriveau"), by and through her undersigned counsel, hereby sues the Defendant, STARBUCKS COFFEE COMPANY, a foreign corporation (hereinafter referred to as "STARBUCKS"), and for her cause of action declares and avers as follows:

### PRELIMINARY STATEMENT

1. This action seeks declaratory, injunctive and equitable relief, equitable damages, liquidated damages, costs and attorney's fees for interference with rights and retaliation suffered by Corriveau in the form of termination of employment, in violation of the Family and Medical Leave Act of 1993.

### JURISDICTION

2. This action arises under the Family and Medical Leave Act of 1993, 29 U.S.C. § 2601 *et seq.* (hereinafter referred to as "the FMLA").

3. Jurisdiction is invoked pursuant to 28 U.S.C. § 1331 and 29 U.S.C. § 2617(2).

4. Corriveau also has timely and triple-filed a charge of pregnancy discrimination with the Equal Employment Opportunity Commission, the Florida Commission on Human Relations and the Broward County Civil Rights Division, and hereby reserves her right to amend this Complaint to add counts arising under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, as amended by the Civil Rights Act of 1991, 42 U.S.C. § 1981a, the Florida Civil Rights Act of 1992, Chapter 760, Fla. Stat., and the Broward County Human Rights Act, Broward County Code and Ordinance Chapter 16½, as soon as those counts are ripe for adjudication.

## VENUE

5. Venue is proper in Broward County, Florida because the unlawful employment action giving rise to this lawsuit occurred in Broward County, Florida.

## PARTIES

6. Plaintiff, Corriveau, is a citizen and resident of Broward County, Florida, within the jurisdiction of this Court, and otherwise *sui juris* in all respects.

7. Defendant, Starbucks, is a foreign corporation authorized to do and doing business in the state of Florida, and within the jurisdiction of this Court.

8. At times material hereto, Corriveau was an eligible employee within the meaning of the FMLA.

9. At times material hereto, Starbucks was a covered employer within the meaning of the FMLA.

## FACTS

10. Since in or about April, 2004, Corriveau had worked for Starbucks as a store

manager.

11. At all times material hereto, Corriveau performed her job competently and as such was qualified for her position. In fact, over the years, Corriveau has received positive evaluations, awards, and commendations both within and outside of the Starbucks community.

12. Since in or about April 2007, Corriveau was located at Starbucks' North Park Road and Sheridan store.

13. Until in or about June 2008, Corriveau's direct report was her district manager, Ron Santos.

14. In or about May 2008, Corriveau advised Santos that she was pregnant.

15. In or about June 2008, however, Santos was replaced as Corriveau's immediate supervisor by Hilary Black.

16. At all times material hereto, as Corriveau's immediate supervisor, Black had power and control over Corriveau including, but not limited to, the power to terminate Corriveau or, in the alternative, to influence or effect final corporate decisions regarding the termination of Corriveau.

17. Since Starbucks employed Black and vested her with supervisory authority and control over Corriveau, including but not limited to the power to terminate Corriveau, or, in the alternative, to effectively cause or bring about the termination of Corriveau, Starbucks is responsible for the acts and conduct of Black.

18. Following Black's replacement of Santos as district manager over Corriveau, Corriveau informed Black that she was pregnant and eventually would need to take

a leave of absence as a result. Corriveau also advised Black that she was having morning sickness.

19. Barely two (2) months after the conversation during which Corriveau advised Black of her pregnancy and eventual need for a leave of absence, on or about August 22, 2008, Black terminated Corriveau's employment.

20. Since the time of her termination, and despite a duly diligent effort to do so, Corriveau has been unable to find substantially equivalent employment.

### COUNT I - VIOLATION OF THE FAMILY AND MEDICAL LEAVE ACT OF 1993 - <u>INTERFERENCE WITH RIGHTS</u>

21. Corriveau incorporates as if fully realleged herein paragraphs 1 through 20.

22. By its above-described acts and conduct, Starbucks has violated the FMLA insofar as it has interfered with Corriveau's exercise of substantive rights under the FMLA.

23. Specifically, on or about August 22, 2008, by terminating Corriveau's employment, Starbucks interfered with/denied Corriveau's statutory right to take a leave of absence and be restored to her same or an equivalent position at the conclusion of same.

24. Corriveau has suffered direct pecuniary losses as a result of Defendant's above-described violation of the FMLA.

25. Corriveau will suffer future pecuniary losses as a direct result of Defendant's violation of the FMLA.

26. Corriveau has no plain, adequate, or complete remedy at law to redress the wrongs alleged and is now suffering and will continue to suffer irreparable injury from her treatment by Starbucks unless Starbucks is enjoined by this Court.

**WHEREFORE**, Plaintiff, RONNA LEE CORRIVEAU, prays that this Honorable Court:

A. Declare Defendant's conduct to be in violation of the FMLA;

B. Enjoin Starbucks from further engaging in such conduct;

C. Award Corriveau lost wages and other compensation;

D. Award Corriveau liquidated damages;

E. Award Corriveau prejudgment interest;

F. Award Corriveau costs and reasonable attorney's fees; and

G. Grant such other and further relief as may be deemed just and proper in the premises.

## COUNT II - VIOLATION OF THE FAMILY AND MEDICAL LEAVE ACT OF 1993 - RETALIATION

27. Corriveau incorporates as if fully realleged herein paragraphs 1 through 20.

28. By its above-described acts and conduct, Starbucks has violated the FMLA insofar as it has retaliated against Corriveau for exercising FMLA rights.

29. Specifically, on or about August 22, 2008, by terminating Corriveau's employment, Starbucks retaliated against Corriveau for attempting exercising her statutory right to take leave to which she was entitled.

30. Corriveau has suffered direct pecuniary losses as a result of Defendant's above-described violation of the FMLA.

31. Corriveau will suffer future pecuniary losses as a direct result of Defendant's violation of the FMLA.

32. Corriveau has no plain, adequate, or complete remedy at law to redress the wrongs

alleged and is now suffering and will continue to suffer irreparable injury from her treatment by Starbucks unless Starbucks is enjoined by this Court.

**WHEREFORE**, Plaintiff, RONNA LEE CORRIVEAU, prays that this Honorable Court:

- A. Declare Defendant's conduct to be in violation of the FMLA;
- B. Enjoin Starbucks from further engaging in such conduct;
- C. Award Corriveau lost wages and other compensation;
- D. Award Corriveau liquidated damages;
- E. Award Corriveau prejudgment interest;
- F. Award Corriveau costs and reasonable attorney's fees; and
- G. Grant such other and further relief as may be deemed just and proper in the premises.

**PLAINTIFF DEMANDS TRIAL BY JURY ON ALL ISSUES SO TRIABLE**

Respectfully Submitted,

SHAPIRO, BLASI, WASSERMAN & GORA, P.A.
Attorneys for Plaintiff
7777 Glades Road
Suite 400
Boca Raton, Florida 33434
Telephone: (561) 477-7800
Facsimile: (561) 477-7722

By: _____
DANIEL R. LEVINE, ESQ.
Fla. Bar No. 0057861
E-mail: drlevine@sbwlawfirm.com

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**
RONNA LEE CORRIVEAU

**DEFENDANTS**
STARBUCKS COFFEE COMPANY, a foreign corporation

**(b)** County of Residence of First Listed Plaintiff  Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Daniel R. Levine, Esq., Shapiro Blasi Wasserman & Gora, P.A.
7777 Glades Road, Suite 400, Boca Raton, FL 33434
(561) 477-7800 - Main; (561) 477-7722 - Fax

Attorneys (If Known)

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE  ☐ MONROE  ☑ BROWARD  ☐ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

0:08 CV 61794-Zloch-LSS

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☒ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

**V. ORIGIN** (Place an "X" in One Box Only)
☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).** (See instructions second page):
a) Re-filed Case ☐ YES ☑ NO    b) Related Cases ☐ YES ☑ NO
JUDGE _____    DOCKET NUMBER _____

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
Family and Medical Leave Act of 1993, 29 U.S.C. § 2601 et seq.

LENGTH OF TRIAL via  2-3  days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
s/ _____
DATE
November 4, 2008

FOR OFFICE USE ONLY
AMOUNT _____ RECEIPT # _____ IFP

7 of 7

544598